## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 22nd day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Mark Minuti, Esquire
*Saul Ewing LLP*
222 Delaware Avenue, #1200
P.O. Box 1266
Wilmington, DE 19899

Stephenie Biernacki, Equire
*Gray Robinson, P.A.*
201 North Franklin Street
Suite 2200
P.O. Box 3324
Tampa, FL 33602

Mary E. Augustine (No. 4477)